1  David P. Matthews
   TX SBN: 13206200
2  MATTHEWS & ASSOCIATES
   2905 Sackett St.
3  Houston, TX 77098
   Tel. (713) 522-5250
4  Fax (713) 535-7184
   matthewsivc@thematthewslawfirm.com
5  dmatthews@thematthewslawfirm.com

6  Richard Freese
   AL Bar No. 6879-E67R
7  Calle M. Mendenhall
   AL Bar No. 7985-W37E
8  FREESE & GOSS, PLLC
   1901 6th Ave N. Ste. 3120
9  Birmingham, AL 35203
   Tel. (205) 871-4144
10 Fax (205) 871-4104
   rich@freeseandgoss.com
11 calle@freeseandgoss.com

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. MD-15-02641-PHX-DGC <br><br> **SECOND AMENDED MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS AND DEMAND FOR JURY TRIAL** |

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc.364).

Plaintiff(s) further show the Court as follows:

1. Plaintiff/Deceased Party:

   Franklin Conner

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

N/A

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

N/A

4. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant:

FL

5. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

FL

6. Plaintiff's current state(s) [if more than one Plaintiff] of residence:

FL

7. District Court and Division in which venue would be proper absent direct filing:

USDC for the Middle District of Florida

8. Defendants (check Defendants against whom Complaint is made):

☒ C.R. Bard Inc.

☒ Bard Peripheral Vascular, Inc.

9. Basis of Jurisdiction:

☒ Diversity of Citizenship

☐ Other: _____

      a.    Other allegations of jurisdiction and venue not expressed in Master Complaint:

N/A

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

☐ Recovery® Vena Cava Filter

☐ G2® Vena Cava Filter

☐ G2® Express Vena Cava Filter

☐ G2® X Vena Cava Filter

☐ Eclipse® Vena Cava Filter

☒ Meridian® Vena Cava Filter

☐ Denali® Vena Cava Filter

☐ Other: _____

11. Date of Implantation as to each product:

02/02/2012

12. Counts in the Master Complaint brought by Plaintiff(s):

☒ Count I:   Strict Products Liability – Manufacturing Defect

☒ Count II:  Strict Products Liability – Information Defect (Failure to Warn)

-3-

| | | | |
|---|---|---|---|
| | ☒ | Count III: | Strict Products Liability – Design Defect |
| | ☒ | Count IV: | Negligence - Design |
| | ☒ | Count V: | Negligence - Manufacture |
| | ☒ | Count VI: | Negligence – Failure to Recall/Retrofit |
| | ☒ | Count VII: | Negligence – Failure to Warn |
| | ☒ | Count VIII: | Negligent Misrepresentation |
| | ☒ | Count IX: | Negligence *Per Se* |
| | ☒ | Count X: | Breach of Express Warranty |
| | ☒ | Count XI: | Breach of Implied Warranty |
| | ☒ | Count XII: | Fraudulent Misrepresentation |
| | ☒ | Count XIII: | Fraudulent Concealment |

☒  Count XIV: Violations of Applicable  FL  (insert state) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

☐  Count XV: Loss of Consortium

☐  Count XVI: Wrongful Death

☐  Count XVII: Survival

☒  Punitive Damages

☐  Other(s): _____ (please state the facts supporting this Count in the space immediately below)

_____

_____

-4-

_____

_____

_____

13. Jury Trial demanded for all issues so triable?

☒ Yes

☐ No

RESPECTFULLY SUBMITTED this 29th day of November, 2017.

**MATTHEWS & ASSOCIATES**

By: */s/ David P. Matthews*
　　David P. Matthews
　　2905 Sackett St.
　　Houston, TX 77098

**FREESE & GOSS, PLLC**
　　Richard Freese
　　Calle M. Mendenhall
　　FREESE & GOSS, PLLC
　　1901 6th Ave N. Ste. 3120
　　Birmingham, AL 35203

*Attorneys for Plaintiff*

I hereby certify that on this 29th day of November, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

　　　　　　　　　　　　　　　　*/s/ David P. Matthews*
　　　　　　　　　　　　　　　　David P. Matthews

-5-